Ronald Wilcox (SBN 176601)
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Michael L. Crowley (SBN 117008)
Andre L. Verdun (SBN 265436)
**CROWLEY LAW GROUP**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
MLCrowley@CrowleyLawGroup.com
AndreVerdun@CrowleyLawGroup.com

Attorneys for Plaintiff
Erick Sanchez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **ERICK SANCHEZ,** an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**VIKING COLLECTION SERVICE**, a corporation, and **DOES 1-10**,<br><br>　　　　Defendant. | Case No.: 12-06096<br><br>**REQUEST TO CONTINUE MARCH 18, 2013 CASE MANAGEMENT CONFERENCE and (~~Proposed~~) ORDER** |

-1-

**REQUEST TO CONTINUE MARCH 6, 2013 CASE MANAGEMENT CONFERENCE and (Proposed) ORDER**

SANCHEZ v. VIKING

Defendant Viking Collection Service claims that somehow it was not aware it was served with the Summons and Complaint until on or about February 12, 2013.  Thus, they have yet to answer.

Defendant had produced its collection logs, and the parties are discussing a possible resolution.

Plaintiff respectfully requests the deadline for the Joint Case Management Conference Statement be continued from February 27, 2013, to March 13, 2013, and for the CMC to be continued from March 18, 2013 to April 15, 2013 at 1:30 p.m.  The request to continue these dates is not opposed.

Respectfully submitted**,**

**/s/Ronald Wilcox**                                                                              **3/1/13**
Ronald Wilcox, for Plaintiff                                                              Date


**(~~Proposed~~) ORDER**

The request is hereby adopted by the Court.
**IT IS SO ORDERED.**

Date: 03/04/2013



U.S. District Judge Thelton E. Henderson

-2-

**REQUEST TO CONTINUE MARCH 6, 2013 CASE MANAGEMENT CONFERENCE and (Proposed) ORDER**

SANCHEZ v. VIKING