```
1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS LAW GROUP, LLP
   740 University Avenue, Suite 100
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  asteinheimer@ellislawgrp.com

6  Attorneys for Defendant VIKING COLLECTION SERVICE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERICK SANCHEZ, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>VIKING COLLECTION SERVICE, INC., and DOES 1-10,<br><br>　　Defendant. | Case No.: CV-12-06096 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DEFENDANT TO FILE RESPONSIVE PLEADING BY MARCH 22, 2013; AND ~~PROPOSED~~ ORDER |

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Defendant Viking Collection Services, Inc.'s time to respond to Plaintiff's Complaint is extended to March 26, 2013.

Dated: 03/25/2013

_____
                                  Court Judge
(Signature: Susan Illston)
Judge Susan Illston

for Judge Thelton E. Henderson

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR DEFENDANT TO FILE RESPONSIVE PLEADING BY MARCH 22, 2013; AND PROPOSED ORDER