United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VIKING COLLECTION SERVICES, INC., and DOES 1-10,<br><br>　　　　　　Defendant. | Case No.: C-12-06096 TEH (JSC)<br><br>**ORDER RE: PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 30)** |

Presently before the Court is Plaintiff's Motion to Compel Written Discovery (Dkt. No. 30), which has been referred to the undersigned (Dkt. No. 31). The Court hereby reschedules the hearing on Plaintiff's motion to August 22, 2013. The other briefing dates remain unchanged. In addition, because it appears that the parties have not properly met and conferred regarding their discovery dispute, the Court orders the parties to arrive at 9:00 a.m. on the date of the hearing, in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California, prepared to meet and confer in-person in the Court's jury room. If any disputes remain following the meet-and-confer, the Court will hear such disputes at 11:00 a.m. Alternatively, the parties may meet and confer in-person in advance of the hearing date. The parties shall file a statement with the Court notifying it of

any in-person meet-and-confer at least two days prior to the hearing.  Such statement shall also advise the Court of what, if any, disputes remain following the in-person meet and confer.

    IT IS SO ORDERED.

Dated: July 17, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE