Ronald Wilcox, (SBN 176601)
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Attorney for Plaintiff
**Erick Sanchez**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

|  |  |
|---|---|
| **ERICK SANCHEZ,** an individual, <br>     Plaintiff, <br>   vs. <br> **VIKING COLLECTION SERVICE**, **INC.**, and **DOES 1-10**, <br> Defendant. | Case No.: CV 12-06096 TEH <br><br> **STIPULATION TO DISMISS and** ~~**[Proposed]**~~ **ORDER** <br><br> Complaint Filed: December 3, 2012 |

The parties have reached a resolution and respectfully request the Court dismiss this matter.

Dated: 9/11/13          /s/Ronald Wilcox_____
                        Ronald Wilcox, Counsel for Plaintiff

Dated: 9/11/13          /s/Andrew M. Steinheimer_____
                        Andrew M. Steinheimer, Counsel for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed; all matters are hereby off calendar.

Date: __09/16/2013__          _____
                              HON. THELTON E. HENDERSON
                              U.S. DISTRICT JUDGE

*(Seal: Judge Thelton E. Henderson, United States District Court, Northern District of California)*

STIPULATION TO DISMISS and [Proposed] ORDER   -   1